**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


JUAN L. JENKINS,

       Plaintiff,

v.                          CASE NO.  5:12cv396-RH/EMT

ASST. WARDEN SLOAN et al.,

       Defendants.

_____/


## <u>ORDER OF DISMISSAL</u>


      This prisoner civil-rights case is before the court on the magistrate judge's
report and recommendation, ECF No. 91, and the objections, ECF No. 92.  I have
reviewed de novo the issues raised by the objections.

      The plaintiff claims that he was denied medical care in violation of the
Eighth Amendment.  The report and recommendation correctly concludes that the
claims should be dismissed for failure to properly exhaust administrative remedies
as required by the Prison Litigation Reform Act.  This order adopts the report and
recommendation as the court's opinion.

      IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies."  The clerk must close the file.

SO ORDERED on November 23, 2015.

s/Robert L. Hinkle_____
United States District Judge